# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO NARANJO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a law enforcement agency; LOS ANGELES COUNTY CIVIL SERVICE COMMISSION, a public board entity; SHERIFF LEE BACA, elected Sheriff of Los Angeles County; CAPTAIN RAY LEYVA deputy sheriff employed by LASD; SERGEANT FRANK ROTH; deputy sheriff employed by LASD; WILLIAM J. FUJIOKA, CEO of Los Angeles County; and. DOES 1 through 20, inclusive <br><br> Defendants. | Case No.: CV 13-02685-JAK (SHx) <br><br> **JUDGMENT** <br><br> **JS-6** |

Pursuant to the Court's November 14, 2016 Minute Order dismissing with prejudice all claims brought by Plaintiff against Defendants County of Los Angeles (erroneously sued as County of Los Angeles Sheriff's Department), Sheriff Leroy Baca (erroneously sued as Lee Baca), Commander Raymond Leyva (erroneously

sued as Ray Leyva), Sergeant Frank Rothe (erroneously sued as Frank Roth), and William J. Fujioka, CEO (collectively, the "Defendants),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's claims are dismissed, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendants shall be awarded their costs of suit.

**IT IS SO ORDERED**

DATED: November 28, 2016

_____
**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**